# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-16-00548-CV

---

**Texas State University, Appellant**

**v.**

**Dr. Kathleen Quinn, Appellee**

---

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
NO. 14-1061-C26, HONORABLE DONNA GAYLE KING, JUDGE PRESIDING**

---

### O R D E R

**PER CURIAM**

Appellant, Texas State University, has filed with this Court an "Emergency Motion for Stay" seeking to invoke and have enforced the automatic stay provided by Civil Practice and Remedies Code Section 51.014(b) pending our resolution of its interlocutory appeal in this cause. The applicability of that statutory stay here turns on whether appellant's plea to the jurisdiction was a "dispositive motion" within the meaning of the "Dispositive Motions Deadline" provision of the Agreed Scheduling Order signed by the district court on March 30, 2016. We order the parties to present that issue for resolution by the trial judge who signed the scheduling order, obtain a ruling, and supplement the record with that ruling.

In the interim, we temporarily stay all other trial-level proceedings pending further order of this Court. Appellant's motion will remain pending.

It is ordered on August 26, 2016.


Before Justices Puryear, Pemberton, and Field